UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
JUN 15 2023
Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

UNITED STATES OF AMERICA

v.　　　　　　　　　　CASE NO. 2:23-cr-00071-SPC-NPM
　　　　　　　　　　　　　18 U.S.C. § 1700

JULIE PALLADINO

## INFORMATION

The United States Attorney charges:

Beginning in or about December 2021 and continuing to on or about October 27, 2022, in the Middle District of Florida, the defendant,

JULIE PALLADINO,

did voluntarily quit or desert mail, of which she had taken charge of, before it was delivered to the post office at the termination of her mail route.

In violation of 18 U.S.C. § 1700.

ROGER B. HANDBERG
United States Attorney

By: _____
Mark R. Morgan
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Divisi